IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN CARLOS CALDERON,**<br><br>Plaintiff,<br><br>v.<br><br>**P. COVELLO, et al.,**<br><br>Defendant. | Case No. 2:23-cv-02049-WBS-KJN (PC)<br><br>**ORDER GRANTING DEFENDANT CAMPOS'S REQUEST FOR AN EXTENSION OF TIME TO FILE E-SERVICE WAIVER** |

The Court, having considered Defendant Campos's request for an extension of time (ECF No. 30) by special appearance to return the signed waiver of service, and good cause having been shown:

IT IS ORDERED:  Defendant Campos is granted a twenty-one days extension of time, through and including March 4, 2024, to return a signed waiver.

Dated:  February 2, 2024

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cal2049.eot