UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. COVELLO, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-2049 WBS CSK P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendant's motion to stay the responsive pleading deadline and plaintiff's motion for appointment of counsel.  (ECF Nos. 44, 48.)  For the reasons stated herein, plaintiff's motion for appointment of counsel is denied and defendant's motion to stay the responsive pleading deadline is granted.

Plaintiff's Motion for Appointment of Counsel (ECF No. 44)

The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, this Court does not find the required exceptional circumstances.  Plaintiff's motion for

1

appointment of counsel will therefore be denied.

<u>Defendant's Motion to Stay Responsive Pleading Deadline (ECF No. 48)</u>

  On April 16, 2024, this Court granted defendant's motion to opt out of the Post-Screening ADR Project and ordered defendant to file a responsive pleading to plaintiff's amended complaint within thirty days of the date of the order. (ECF No. 43.) On May 13, 2024, defendant filed a motion to revoke plaintiff's in forma pauperis status pursuant to Federal Rule of Civil Procedure 1915(g). (ECF No 46.) On May 13, 2024, defendant filed the pending motion to stay the responsive pleading deadline. (ECF No. 48.) Defendant requests that the responsive pleading deadline, set in the April 16, 2024 order, be stayed until after the court rules on defendant's motion to revoke plaintiff's in forma pauperis status. (<u>Id.</u>)

  Good cause appearing, defendant's motion to stay the responsive pleading deadline is granted.

  Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for appointment of counsel (ECF No. 44) is denied;
2. Defendant's motion to stay the responsive pleading deadline (ECF No. 48) is granted; the responsive pleading deadline will be reinstated following resolution of defendant's motion to revoke plaintiff's in forma pauperis status, if necessary; and
3. Plaintiff is granted thirty days from the date of this order to file an opposition to defendant's motion to revoke his in forma pauperis status.

Dated: May 15, 2024

                */s/ Chi Soo Kim*
                CHI SOO KIM
                UNITED STATES MAGISTRATE JUDGE

cald2049.312