UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON, | No.  2:23-cv-2049 WBS CSK P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| P. COVELLO, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 25, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed a document which could be construed as an objection to the these findings and recommendations, although most likely intended as an objection to subsequent Findings and Recommendations filed on July 1, 2024.  (ECF No 54).

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations June 25, 2024 are adopted in full;

2. Defendant's motion to revoke plaintiff's in forma pauperis status (ECF No. 46) is denied; and

3. Defendant shall file a response to plaintiff's amended complaint within thirty days of the date of this order.

Dated: August 16, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Cald2049.801