UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON, | No. 2:23-cv-2049 WBS CSK P |
| Plaintiff, | |
| v. | ORDER |
| P. COVELLO, et al., | |
| Defendants. | |

     Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On July 12, 2024, plaintiff filed a motion for default judgment.[1] (ECF No. 54.) For the following reasons, plaintiff's motion for default judgment is denied without prejudice.

     Federal Rule of Civil Procedure 55(a) provides that when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the Clerk must enter the party's default. Federal Rule of Civil Procedure 55(b) provides for entering a default judgment on the plaintiff's request by the Clerk when the plaintiff's claim is for a sum certain or in all other cases, by the court. Plaintiff shows

---

[1] Plaintiff's filing also contained objections to the findings and recommendations filed July 1, 2024. (ECF Nos. 53, 54.) On August 30, 2024, the Honorable William B. Shubb adopted the findings and recommendations filed July 1, 2024. (ECF No. 56.)

1

no grounds for the Clerk to enter default, or for the Clerk or the Court to enter default judgment against defendant.  See Fed. R. Civ. P. 55(a), 55(b).  The record for this action demonstrates that defendant is not in default.  After filing a timely waiver of service and opting out of the Court's Post-Screening ADR Project, on May 13, 2024, defendant filed a timely motion to revoke plaintiff's in forma pauperis status.  (ECF Nos. 32, 43, 46.)  On August 16, 2024, the Court denied defendant's motion to revoke plaintiff's in forma pauperis status and granted defendant thirty days to file a response to plaintiff's amended complaint.  (ECF No. 55.)  Defendant's response to the amended complaint is not yet due.  Defendant is not in default.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for default judgment (ECF No. 54) is denied without prejudice.

Dated:  September 11, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Cald2049.def

2