UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON, | No. 2:23-cv-2049-WBS-CSK P |
| Plaintiff, | |
| v. | ORDER |
| J. CAMPOS, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 03, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2      1. The findings and recommendations (ECF No. 65) are adopted in full;

3      2. Defendant's motion to dismiss (ECF No. 57) is denied, and defendant is ordered to file an answer to the complaint within thirty days of the date of this order; and

5      3. Plaintiff's motion for documentational legal matters, etc. (ECF No 64), construed as a motion for injunctive relief, is denied.

7  Dated: April 4, 2025

        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE

/cald23cv2049.801