1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JUAN CARLOS CALDERON,                    No.  2:23-cv-2049 WBS CSK P

12                Plaintiff,

13        v.                                   ORDER

14    P. COVELLO, et al.,

15                Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983.

18    Pending before the Court are plaintiff's request for clarification and motion for appointment of

19    counsel filed May 23, 2025.  (ECF Nos. 75, 77.)

20        In the request for clarification, plaintiff appears to request that the Court rule on plaintiff's

21    motions for injunctive relief, for remedy at law and for appointment of counsel filed March 31,

22    2025.  (ECF No. 75 at 1.)  On May 14, 2025, this Court denied plaintiff's motion for appointment

23    of counsel filed March 31, 2025 and recommended denial of plaintiff's motions for injunctive

24    relief and for remedy at law filed March 31, 2025.  (ECF No. 72.)  Because this Court has

25    addressed the motions referred to in plaintiff's request for clarification, the request for

26    clarification is deemed resolved.

27        Turning to plaintiff's pending motion for appointment of counsel, this motion is denied

28    for the reasons stated in the May 14, 2025 order denying plaintiff's motion for appointment of

1    counsel filed March 31, 2025.

2           Accordingly, IT IS HEREBY ORDERED that:

3           1.  Plaintiff's request for clarification (ECF No. 75) is deemed resolved; and

4           2.  Plaintiff's motion for the appointment of counsel (ECF No. 77) is denied.

5

6    Dated:  May 30, 2025

7           _____

8           CHI SOO KIM
           UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15   cald2049.31.new/2

16

17

18

19

20

21

22

23

24

25

26

27

28