UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS CALDERON,

Plaintiff,

v.

P. COVELLO, et al.,

Defendants.

No. 2:23-cv-2049 WBS CSK P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 02, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations. (ECF No. 113.) Plaintiff also filed a pleading docketed as "Rule 60 motion." (ECF No. 114.) The court construes this pleading as further objections to the July 02, 2026 findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Rule 60 Motion (ECF No. 114) is construed as objections to the findings and recommendations filed July 02, 2026.

2. The findings and recommendations (ECF No. 112) are adopted in full.

3. Plaintiff's motion for transfer (ECF No. 87), construed as a motion for injunctive relief, is denied.

4. Defendant's motion for summary judgment (ECF No. 88) is granted.

5. The Clerk of the Court is directed to enter judgment in favor of defendant.

Dated: August 6, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/cald2049.805.CJRA